UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:

WENDELL KEITH JOHNSON — CASE NO.: 25-10029
DEBTOR — CHAPTER 13

ORDER

The debtor's Modified Chapter 13 Plan came up for hearing on October 14, 2026. For reasons orally stated,

IT IS ORDERED that the Modified Chapter 13 Plan filed on October 6, 2026, is confirmed.

Baton Rouge, Louisiana, October 19, 2026.

**/s/ Michael A. Crawford**
MICHAEL A. CRAWFORD
UNITED STATES BANKRUPTCY JUDGE